DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TREMAYNE HUNTER,**
Appellant,

v.

**DWAYNE RANDOLPH** and **ANGELA RANDOLPH,**
Appellees.

No. 4D21-612

[February 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502016DR005203.

Alexandra Noelle Sanchez of Rooney & Rooney, P.A., Vero Beach, for appellant.

Fred L. Kretschmer, Jr., of Brennan & Kretschmer, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***